UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
NAUTILUS INSURANCE CO.,                                                 :
                                                                        :
                        Plaintiff,               :     21-CV-9525 (JMF)
                                                                        :
    -v-                                                                :
                                                                        :
REVITY ENERGY LLC,                                                      :
                                                                        :
                        Defendant.               :
                                                                        :
------------------------------------------------------------------------X
                                                                        :
REVITY ENERGY LLC,                                                      :
                                                                        :
                        Plaintiff,               :     22-CV-4751 (JMF)
                                                                        :
    -v-                                                                :     ORDER
                                                                        :
NAUTILUS INSURANCE CO.,                                                 :
                                                                        :
                        Defendant.               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that Defendant Revity Energy LLC's answer deadline in Case No. 21-CV-9525 is EXTENDED to **July 19, 2022**.

       Furthermore, given that Case No. 22-CV-4751 has been accepted by the Court as related to Case No. 21-CV-9525, and that the cases appear to involve common questions of law and fact, the Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **July 7, 2022**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

       Additionally, the Order issued in Case No. 22-CV-4751 on June 8, 2022, ECF No. 15, is hereby VACATED. The parties shall instead, no later than **July 7, 2022**, file a joint letter (to be docketed in both of the above-captioned cases), proposing next steps depending on whether the cases are consolidated or not. In particular, the parties should indicate their views on whether Defendant Nautilus Insurance Co.'s answer deadline should also be extended in Case No. 22-

CV-4751, and (if applicable) how briefing for any responsive motions should be coordinated between the two cases.

SO ORDERED.

Dated: June 30, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge